# Exhibit A

# **Exhibit C**

| Directive Number | Title | § 1979 Review |
|---|---|---|
| 1000.001 | USCP Personnel-Led Tours of the Capitol | Not SI |
| 1010.004 | Providing Police Services to the Thurgood Marshall Federal Judiciary Building {TMFJB) | Not SI |
| 1020.001 | Bias-Based Profiling | Not SI |
| 1020.002 | Handling Juveniles | Not SI |
| 1020.006 | District of Columbia Conditions of Release Enforcement {CORE) Program | Not SI |
| 1020.007 | Emergency Hospitalization of Mentally Ill Persons | Not SI |
| 1020.009 | Handling Interactions with Transqender Individuals | Not SI |
| 1020.010 | Communicating With the Deaf/Hard of Hearing during Arrest, Stops, and Contacts | Not SI |
| 1020.012 | Use of Long-Range Acoustical Device (LRAD) | Not SI |
| 1021.001 | Search of Persons | Not SI |
| 1021.005 | Citation Release Processing | Not SI |
| 1021.006 | Delays in Processing Arrestees | Not SI |
| 1022.001 | Traffic Enforcement | Not SI |
| 1023.004 | Arraignment of Arrestees | Not SI |
| 1032.001 | Conducting Preliminary Investigations | Not SI |
| 1041.002 | Confiscation of Ammunition. Self-Defense Spray, or Stun Gun | Not SI |
| 1060.001 | Cell Phone Recovery | Not SI |
| 1062.001 | Crime Scenes and Evidence | Not SI |
| 1073.001 | Protective Body Armor | Not SI |
| 1080.001 | Media Policy | Not SI |
| 2000.001 | Organizational and Management Structure of the USCP | Not SI |
| 2023.002 | Coordination with MPDC Regarding Reports | Not SI |
| 2023.003 | Security and Release of Police Reports | Not SI |
| 2031.001 | Roles. Authority, and Responsibilities of the Office of Inspector General (OIG) | Not SI |
| 2033.001 | Complaint Process | Not SI |
| 2043.001 | Ethics Policy | Not SI |
| 2052.006 | Notification and Reporting for Duty during Emergency Situations | Not SI |
| 2052.012 | Police Training Officer Program | Not SI |
| 2053.002 | Grievance Procedures | Not SI |
| 2053.011 | Anti-Discrimination and Anti-Harassment Policy | Not SI |
| 2053.013 | Rules of Conduct | Not SI |
| 2053.019 | Employee Use of Electronic Social Media | Not SI |
| 2064.001 | Rayburn House Office Building Range | Not SI |
| 2071.001 | Budget Object Classification Codes | Not SI |
| 2074.003 | Purchase Card Program | Not SI |
| 2081.001 | Acceptable Use of the Internet, Email. and Information Technology Equipment | Not SI |
| 1000.002 | Retrieval of Archived Video | SI |
| 1010.001 | Police Authority Shared with Other Law Enforcement Organizations | SI |
| 1010.002 | Jurisdiction and Authority | SI |
| 1010.003 | Criminal History Requests from Congressional Employers | SI |
| 1012.001 | Demonstration Activities1 Application, Interpretation, and Enforcement | SI |
| 1020.003 | Use of Handcuffs/Restraints | SI |
| 1020.004 | Use of Force | SI |
| 1020.005 | Contact and Processing Individuals with Unique Circumstances {Diplomats. Military Personnel, Members, etc.) | SI |
| 1020.011 | Electronic Control Devices (ECD) | SI |
| 1021.004 | Executing Arrest and Search Warrants | SI |
| 1022.005 | Suspicious Activity and Stop or Contact Report | SI |
| 1022.006 | Truck/Unauthorized Vehicle Interdiction Monitoring Program and Truck/Unauthorized Vehicle Interdiction Program | SI |
| 1030.001 | Securing the Capitol Complex During Active Threats | SI |
| 1031.001 | Congressional Pages | SI |
| 1032.002 | Interception or Recording of Wire or Oral Communications | SI |
| 1033.001 | Information Exchange with Other Police Agencies | SI |
| 1040.001 | Lost, Stolen. Confiscated, or Recovered Congressional ID Cards and USCP-lssued ID Cards | SI |
| 1040.002 | Security Screening | SI |
| 1040.003 | Access and Event Reports | SI |
| 1040.004 | Access Control Clearance Management | SI |
| 1040.005 | Vehicle Screening at Perimeter and Garage Posts | SI |
| 1041.001 | Admittance of Law Enforcement Officers/Agents with Firearms into the Capitol Buildings | SI |
| 1050.001 | Radio Communications System | SI |
| 1052.003 | Incident Command System | SI |
| 1052.004 | Response Tactics to an Active Shooter Situation | SI |
| 1052.005 | Air Threat Response Plan | SI |
| 1053.001 | Vehicular Response | SI |
| 1053.002 | Vehicular Pursuits | SI |
| 1054.001 | Building Evacuations | SI |
| 1056.001 | Utilization of the Hazardous Devices Section | SI |
| 1056.002 | Response. Command. and Control of a 10-100 NBC or Hazardous Materials Incident | SI |
| 1056.003 | Responding to a Suicide Bomber: 10-100 S (Sam) | SI |
| 1056.004 | Advanced Law Enforcement Response Team (ALERT) | SI |
| 1057.001 | Utilization of the Containment and Emergency Response Team (CERT) | SI |

| Directive Number | Title | § 1979 Review |
|---|---|---|
| 1073.003 | Flying Aboard Aircraft While Armed | SI |
| 2011.002 | Handling Classified and Other Sensitive But Unclassified Information | SI |
| 2022.001 | Privacy Policy for Safeguarding Sensitive Personally Identifiable Information and Sensitive Health Information | SI |
| 2052.010 | Identification Cards, Credentials, and Badges | SI |
| 2052.011 | Staffing of Posts During Inclement Weather | SI |
| 2052.015 | Office of Inspector General Credentials and Badges | SI |
| 2061.001 | Recruit Officer Entry-Level Training Program | SI |
| 2075.001 | Momentum Security Policy | SI |
| 2080.003 | Segregation of Duties | SI |
| 2081.002 | Security of Information Generated by Criminal Justice Telecommunications Systems | SI |
| 2081.003 | Office of Information Systems Password Policy | SI |
| 2081.004 | USCP Internet and Intranet Sites | SI |
| 2081.005 | Use of USB Data Storage Devices | SI |
| 2081.006 | Computer Security Incident Response | SI |
| 2081.007 | Account Management | SI |
| 2081.008 | Patch Management | SI |
| 2081.010 | Risk Management | SI |
| 2081.011 | Information Security Continuous Monitoring | SI |
| 2081.012 | Mobile and Wireless Device Security | SI |
| 2081.013 | Antivirus and Malware Protection | SI |
| 2082.001 | Telecommunications | SI |
| 2083.001 | Enterprise Architecture and Planning | SI |
| 2083.002 | Configuration Management | SI |
| 2083.003 | Change Management | SI |
| 2083.004 | Information Systems Auditing and Monitoring | SI |
| 2084.001 | Use and Operation of Mobile Data Computers | SI |
| 2092.002 | Respiratory Protection Program | SI |
| 2092.003 | Self-Contained Breathing Apparatus Inspection and Maintenance | SI |
| 2092.004 | Blood-Borne Pathogen Exposure Control Plan | SI |
| 2093.001 | Property and Asset Management | SI |
| 2093.002 | Maximo Security Policy | SI |