# Exhibit C



# UNITED STATES CAPITOL POLICE
## OPERATIONAL DIRECTIVE



| Title: Vehicular Pursuits | | |
|---|---|---|
| Directive No.:   TRF 1.4 | Effective Date: | 15 April 2003 |
| Initiating Unit:   Patrol/Mobile Response Division | Review Date: | 1st of July |
| Distribution:   All Sworn Employees | CALEA: 41.2.2, 41.2.3, 41.3.1, 41.2.1, & 61.3.4 | |

## CONTENTS

1.4.1   Policy
1.4.2   Definitions
1.4.3   Restrictions
1.4.4   Initiation or Continuation of Pursuits
1.4.5   Pursuit Procedures
1.4.6   Operation of Emergency Vehicles During Pursuit
1.4.7   Emergency Vehicle Tactics

1.4.8   Roadblocks
1.4.9   Jurisdiction
1.4.10  Pursuit Supervisor
1.4.11  Dispatcher
1.4.12  Additional Information
1.4.13  Cancellation

## 1.4.1   Policy

When operating an authorized USCP pursuit vehicle with emergency devices activated, sworn employees may engage in pursuit of a vehicle <u>only</u> to affect the arrest or prevent the escape of a person who has committed a violent felony, has attempted to commit a violent felony in the employee's presence, or a violent felony has been committed and the employee has probable cause to believe the person he is attempting to apprehend has committed the felony.  The felony must involve an actual or threatened attack which the employee has probable cause to believe could result in death or serious bodily injury.

## 1.4.2   Definitions

<u>Authorized USCP Emergency Vehicle</u> – A Department vehicle approved by the Chief, and equipped with a siren, capable of giving an audible signal under normal conditions from a distance of not less than 500 feet, and with at least 1 lighted lamp displaying a red light capable of flashing alternately and visible under normal conditions from a distance of 500 feet to the front of such vehicle.

For administrative purposes, authorized USCP emergency vehicles are those vehicles which:

   a.    In the case of **marked vehicles**, display USCP reflective markings, are equipped with roof and grill or front mounted emergency lights, and a siren.
   b.    In the case of **unmarked vehicles**, are equipped with a portable revolving light or strobe lights, and grill or front mounted emergency lights, and a siren.
   c.    In the case of a Department motorcycle, those equipped with an engine size of at least 800cc bearing USCP markings and which are equipped with flashing/strobe emergency lights and a siren.

<u>Code 1 Emergency Response</u> – The operation of a Department vehicle with emergency equipment activated.  Code 1 operation does not relieve the operator of the responsibility to

exercise due regard for the safety of all persons, potential traffic hazards, or to adhere to the operational restrictions provided in this Directive.

The Traffic Regulations for Capitol Grounds states:
Section 6.(b)    The driver of an authorized emergency vehicle may-
1.    Park or stand, irrespective of the provisions of these regulations;
2.    Proceed past a red or stop signal or stop sign, but only after slowing down as may be necessary for safe operation;
3.    Exceed the prima facie speed limits so long as he does not endanger life or property;
4.    Disregard regulations governing direction of movement or turning in specified directions.

Section 6.(d)    The foregoing provisions shall not relieve the driver of an authorized emergency vehicle from the duty to drive with due regard for the safety of all persons, nor shall such provisions protect the driver from the consequences of his reckless disregard for the safety of others.

Refer to Department policies on vehicular response to emergencies for Code 1 procedures. Only authorized USCP emergency vehicles are authorized to respond Code 1, unless authorization for another type of vehicle is granted by the Watch Commander. Authorization to operate Code 1 does not alone, allow the employee to pursue a vehicle.

Code 2 – A response directly and without delay to a request for service, utilizing the operation of any Department vehicle, in full compliance with all the applicable traffic regulations, and without exercising any of the privileges reserved for the operation of an authorized emergency vehicle or a footman/building patrol responding directly and without delay to a request for service or emergency call.

Code 3 – A response at the convenience of the operator of any Department vehicle in full compliance with all the applicable traffic regulations, and without exercising any of the privileges reserved for the operation of an authorized emergency vehicle or a response at the convenience of a footman/building patrol so directed by communications.

Primary Unit – A unit dispatched directly to or already on the scene of an emergency or incident. Usually the first officer on the scene, the primary unit will take immediate appropriate action to control the situation, and safeguard life and property.

Secondary Unit – A unit dispatched to back up the primary unit at the scene. A secondary unit may also be assigned to perimeter patrol or other support functions, as necessary. A secondary unit engaged in the pursuit is subject to the same conditional factors and parameters as the primary unit during the actual pursuit.

USCP Authorized Pursuit Vehicle – Only vehicles rated by the manufacturer for pursuit operation and which are designated as authorized USCP emergency vehicles are authorized to engage in vehicular pursuits. Vehicle Maintenance personnel will mark all Department vehicles in a conspicuous location as to the pursuit status of a vehicle.

Rolling Roadblock – A technique designed to stop a violator's vehicle by surrounding it with pursuit vehicles and intentionally slowing all vehicles to a stop. Rolling roadblocks are PROHIBITED, unless specifically authorized by a supervisor and conducted by personnel trained in these techniques.

USCP000583

Stationary Roadblock – The use of USCP vehicles strategically placed or situated to stop or slow down a pursued vehicle in the safest possible manner. At least one of the vehicles used will be a marked police vehicle. Only USCP vehicles will be used in conjunction with a roadblock. Stationary roadblocks are PROHIBITED, unless specifically authorized by a supervisor and conducted by personnel trained in these techniques.

Vehicular Pursuit – Pursuit of a vehicle by a sworn employee who is trained and certified in pursuit driving, using an authorized USCP pursuit vehicle to apprehend an individual whom the employee has probable cause to believe has committed a felony involving violence or threatened violence against another person.

Violent Felony – Any offense that is a felony and by its nature involves a substantial risk that physical force against the person of another may be or has been used in the course of committing the offense.

Authorized USCP Mountain Bike – An authorized USCP Mountain Bike is a mountain bike furnished by the Department for use during routine patrol to sworn officers who have been certified to operate the mountain bike. Authorized USCP Mountain Bikes are marked with police identification and equipped with flashing red/blue lights and a device which sounds an audible alert. Mountain bikes can utilize the flashing red/blue lights and the device which emits an audible alert to respond to emergency situations or for the purpose of moving pedestrians away from their path. This equipment may also be utilized for safety purposes when engaged in authorized traffic enforcement actions. Authorized USCP Mountain Bikes will not pursue or stop moving motorized vehicles. Certified operators of the mountain bikes can effect stops of pedestrians, bicyclists and motor vehicles which are stopped in traffic as long as it is tactically and physically safe to do so.

### 1.4.3    Restrictions

Employees will not engage in vehicular pursuit to apprehend perpetrators of the following offenses:
   a.    Non-violent felonies
   b.    Misdemeanors
   c.    Crimes against property
   d.    Traffic violations

### 1.4.4    Initiation or Continuation of Pursuits

Keeping in mind that the object of any police pursuit is to apprehend a law violator without causing unnecessary peril to the employees involved, or to the persons or property of by-standers, the following factors will be considered prior to initiating or continuing a pursuit:
   a.    The danger to the public by allowing the suspect to escape balanced against the danger to the public by continuing the pursuit
   b.    Road conditions
   c.    Visibility
   d.    Weather conditions
   e.    Traffic conditions
   f.    Pedestrian traffic
   g.    The employee's knowledge of the roadway
   h.    The limitations of the vehicle
   i.    The availability of additional units

### 1.4.5   Pursuit Procedures

<u>Code 1 - Authorized</u>
1. Notify the dispatcher immediately upon engaging in a pursuit and provide a description and tag number of the vehicle, suspects, and reason for pursuit.
2. Provide the dispatcher with continued updates regarding the suspect's location, direction of travel, estimated speed, and additional major violations of law observed.
3. Maintain a sufficient distance between your vehicle and the vehicle being pursued so that you can reasonably avoid striking any object or person.
4. Attempt to keep the fleeing vehicle in sight until the suspect stops.
5. Terminate the pursuit if you experience a sustained loss of radio communications with the dispatcher.

<u>Code 1 - Not Authorized</u>
When a suspect uses a vehicle to leave the scene of a non-violent offense or the officer does not have probable cause to believe the offense involved an actual or threatened attack which could result in death or serious bodily injury, the employee will:
    a. Attempt to obtain the tag number
    b. Attempt to obtain a description of the vehicle
    c. Note all observable information relative to the vehicle, operator, and passengers
    d. Transmit a flash lookout

### 1.4.6   Operation of Emergency Vehicles During Pursuit

1. Notify the dispatcher of the pursuit and Code 1 response.
2. Utilize Code 1 by activating the siren and all mounted emergency/portable lights. While operating Code 1, it is imperative to have emergency lights AND siren working simultaneously.
3. Open both front windows if a 10-4 unit, or open the driver's side window if a 10-99 unit.
4. Activate the headlights regardless of the time of day.
5. When operating emergency vehicles with the emergency warning devices activated:
    a. Proceed with caution at all times. Only operate the vehicle at a speed which is appropriate for the road and traffic conditions at the time.
    b. When approaching any intersection controlled by electronic signal devices, proceed when safe to do so if proceeding with a green signal. If passing a red signal, slow before entering the intersection, stopping if necessary, and proceed with caution when safe.
    c. When approaching any intersection controlled by a stop sign or approaching an uncontrolled intersection, slow before entering the intersection, stopping if necessary, and proceed with caution when safe.
    d. Travel in the left lane and pass on the left whenever possible since other drivers are trained to pull to the right to yield to an emergency vehicle.
    e. When disregarding regulations governing direction of movement or turning in specified directions, proceed with extreme caution.

### 1.4.7   Emergency Vehicle Tactics

1. In the course of a pursuit, deliberate contact between vehicles, or forcing the pursued vehicle into parked cars, ditches, or any other obstacle; boxing in, heading off, ramming or driving alongside the pursued vehicle while it is in motion, or any other tactic designed to directly impede/halt the action of a vehicle being pursued is PROHIBITED, except in instances where the use of deadly force would be authorized.

USCP000585

2.      Employees will not intentionally change vehicle position during a pursuit unless it is tactically necessary and can be done so safely.

3.      Unmarked vehicles may engage in pursuit; however, when a marked vehicle becomes available to take over the pursuit, the unmarked vehicle will discontinue the pursuit and serve in a support role and continue along the route of the pursuit, obeying all traffic regulations until the termination point or until the pursuit is ordered terminated.

### 1.4.8   Roadblocks

1.      The use of rolling roadblocks is PROHIBITED, unless specifically authorized by a supervisor and conducted by personnel trained in this technique.

2.      Employees will only participate in roadblocks within the Department's statutorily defined jurisdiction when specifically authorized by a supervisor.

3.      Stationary roadblocks can be used when the officer has probable cause to believe that the crime committed was a violent felony (DWI alone is not a valid reason to use a roadblock). Any collision between motor vehicles has the potential to cause serious injury or extensive property damage. Any time officers use a police vehicle to stop a moving vehicle, the hazards to the public, other police officers, and the suspect must be taken into consideration.

4.      Employees will conform to established procedures when conducting these techniques.

### 1.4.9   Jurisdiction

Crossing Major Jurisdictional Boundaries

1.      Conduct pursuit into Maryland only:
   a.   On probable cause that the offender has committed a [violent] felony in the District of Columbia, and
   b.   The continuation of the pursuit is authorized by the Watch Commander.
   c.   The arrested person is to be taken before a judge where the arrest was made (i.e., a judge of the circuit court of a county or a judge of the Criminal Court of Baltimore City) without unnecessary delay for a hearing to determine the lawfulness of the arrest.

2.      Conduct pursuit into Virginia only if:
   a.   You have probable cause to believe the suspect has committed a [violent] felony, and
   b.   The continuation of the pursuit is authorized by the Watch Commander.
   c.   The arresting officer is required to take the prisoners without unnecessary delay before a judge or a general district court, or of the circuit court, of the county or city in which the arrest was made, to determine the lawfulness of the arrest.

Pursuits Conducted Within Other Jurisdictions

Whenever a pursuit enters another jurisdiction and a unit from the other jurisdiction assumes the role of lead vehicle for the pursuit, employees of this Department will immediately assume a secondary role.

Vehicular Pursuit into the District of Columbia from Other Jurisdictions

Duly authorized law enforcement officers may enter the District of Columbia in vehicular pursuit and continue within the District in pursuit of a person in order to arrest the offender on the grounds that he is believed to have committed a felony in the jurisdiction from which pursued. The arrested person must be taken before a judge of the Superior Court without unnecessary delay for a hearing to determine the lawfulness of the arrest. However, there is no authorization under the DC Code for an officer from another state to effect an arrest within the District of Columbia for a misdemeanor offense. Employees who encounter an officer from another

USCP 000586

jurisdiction and discover that the officer has a person in custody who has committed a
misdemeanor in the other jurisdiction will:

    a.    Inform the officer from the other jurisdiction that he has no authority to effect an
arrest for a misdemeanor in the District of Columbia;

    b.    Advise the citizen that he need not return to the other jurisdiction against his will;
and

    c.    Assist the officer from the other jurisdiction to ascertain any pertinent information
which the officer may request as the result of the "Stop."

### 1.4.10   Pursuit Supervisor

1.    Monitor the pursuit on the assigned channel and respond.
2.    Continue to monitor the pursuit for overall safety and determine whether conditions
justify continuation of the pursuit.
3.    Order the pursuit terminated any time there is a significant absence of adequate
information (e.g., police unit involved, offense, location, direction of travel, description
of subject vehicle pursued, loss of radio contact, etc.).
4.    Debrief the involved employees following the pursuit.
5.    Provide the Chief of Police with a comprehensive report of all circumstances involved in
the pursuit, and a written pursuit analysis.

<u>Pursuits Initiated by Other Agencies</u>
1.    Upon notification, or whenever you become aware that a pursuit in progress may enter
or has entered Department jurisdiction, ensure the dispatcher and all patrol units are
aware of the event and the possible route of travel.
2.    Monitor the pursuit, and if you determine a Department response is necessary, ensure
that patrol units are informed of relevant circumstances and the specific actions they
are to perform.
3.    Ensure the Watch Commander is aware of all circumstances and request a decision
through the dispatcher as to the extent the Department should join or not join the
pursuit, and/or provide other assistance to the pursuing agency.
4.    Employees who meet an officer from another jurisdiction who has pursued and stopped
a person who has committed a felony in the other jurisdiction will advise that the person
in custody may not be removed from the District of Columbia until the individual is
processed through the court system. Agencies with arrest authority within the District
of Columbia will be assisted as appropriate, and in all instances, final processing of the
individual in custody, including the placing of additional charges, will be coordinated
through the Watch Commander.

### 1.4.11   Dispatcher

1.    Notify the on-duty supervisor in Communications, the Watch Commander, a supervisor
from the division initiating the pursuit, and a Patrol/Mobile Response supervisor,
whenever vehicular pursuit is engaged.
2.    Designate one secondary pursuit vehicle. Advise all other vehicular units to remain
uninvolved unless otherwise directed.
3.    Designate an alternate radio channel for routine radio traffic, if appropriate.
4.    Notify other jurisdictions if it appears that the pursuit is approaching their direction.
5.    Upon notification from a supervisor or the Watch Commander, advise patrol units of
pursuits entering Department jurisdiction, or likely to enter Department jurisdiction, as
follows:

    a.    Notify the units that the suspects being pursued are wanted for a misdemeanor or
a felony offense, and specify the offense.

b. Name the initiating agency.
c. Transmit (as available) a description of the vehicle, tag number, description of occupants, general direction of travel, progress of the pursuit, and any other pertinent information.

6. In any instance where the pursuit terminates outside the Department's legally defined jurisdiction, provide coordination between pursuing officers and officials of the host jurisdiction.

## 1.4.12   Additional Information

1. Code 1 operation is prohibited any time you are transporting passengers who are not employees of the Department, and any time you are transporting employees who are in a restricted duty status. However, it is permissible to begin a pursuit after discharging passengers excluded from Code 1 operation, provided they are discharged in a safe and secure space. In the event you perform such an action, you must then inform the dispatcher at the first opportunity of the number of passengers and the location of the discharge area. Individuals participating in the Department's Ride Along Program may remain in the vehicle in those instances when the passenger has signed the Acknowledgment, Waiver and Release of Liability Form, CP-42.

2. Pursuits will normally be limited to a primary and secondary unit and the supervisor. In any instance where it is believed more support is necessary, the supervisor will request assistance through the Watch Commander. Only with the permission of this official may more vehicles join the pursuit, and in all instances where additional manpower is authorized, the supervisor will name the units.

3. In the event there are conflicting orders between commanders/supervisors and the Watch Commander regarding actions during a pursuit, the order of the Watch Commander will prevail.

4. Refer to the Department use of force policy for situations involving the use of deadly force.

5. The Patrol/Mobile Response Division Commander must annually review all pursuit analyses which occurred during the calendar year and report recommendations to the Chief of Police.

6. The Vehicle Maintenance Division (VMD) is charged with researching equipment capabilities as it relates to pursuit rating, maintaining equipment which is manufactured for use during Code 1 and Pursuit operation, and providing input to the Office of Financial Management prior to the Department purchasing vehicles and equipment. Additionally, VMD will conspicuously mark each vehicle to delineate which vehicles are and are not pursuit rated.

7. Sworn employees who operate police vehicles will be given initial and periodic training in the Department's pursuit policy and in safe driving tactics.

## 1.4.13   Cancellation

This directive replaces Operational Directive TRF 1.4 issued 23 July 2001.

Terrance W. Gainer
Chief of Police