UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAN P. GALLAGHER,<br>  Acting Chief, U.S. Capitol Police,<br><br>        Defendant. | Civil Action No. 25-1026 (BAH) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b) and ¶ 8 of the Standing Order (ECF No. 4), Defendant, Sean P. Gallagher, in his official capacity as Acting Chief of the U.S. Capitol Police, respectfully requests a thirty-day extension of time to July 16, 2025, for Defendant to file its response to the Complaint filed by Plaintiff, Jason Leopold. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiff. Plaintiff consents to the relief requested.

1. The Complaint states that this is an action "to enforce the common law right of access to public records maintained by the Capitol Police that memorialize its official policies." Compl. (ECF No. 1) ¶ 1.

2. Plaintiff filed the Complaint on April 7, 2025. Plaintiff served the U.S. Attorney's Office on or about April 15, 2025. Defendant's deadline to respond to the Complaint is currently June 16, 2025.

3. This action was assigned to undersigned counsel only today. Undersigned counsel requires a brief period of time to confer with the agency regarding the proposed response to the Complaint.

4. Defendant proposes this thirty-day extension in good faith and not for the purpose of delay. This extension would permit a reasonable time for undersigned counsel to confer with the agency.

5. This is the first request for an extension in this matter.

6. Granting the requested extension will not impact any other deadlines and will serve the interests of justice.

7. Accordingly, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including July 16, 2025. A proposed order is enclosed.

Dated: June 11, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*