**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JASON LEOPOLD**<br><br>                    Plaintiff,<br>        v.<br><br>**MICHAEL G. SULLIVAN**<br><br>                Defendant. | Civil Action No. 1:25-cv-01026 (BAH) |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b) and ¶ 8 of this Court's Standing Order (ECF No. 4), Plaintiff Jason Leopold, through his undersigned counsel, respectfully requests a 21-day extension of time to August 20, 2025 to file an opposition to the Motion to Dismiss filed by Defendant Michael G. Sullivan, and further requests that Defendant be granted an extension of time until September 7, 2025 to file a reply.  Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Defendant; Defendant consents to the relief requested herein.

1.      Defendant filed a Motion to Dismiss on July 16, 2025.  Pursuant to Local Rule 7(b), Plaintiff's opposition is currently due July 30, 2025; pursuant to Local Rule 7(d), Defendant's reply is currently due August 6, 2025.

2.      Good cause exists to modify the existing deadlines.  Counsel for Plaintiff Adam Marshall has previously planned travel scheduled immediately prior to Plaintiff's existing response deadline, and Plaintiff's counsel requires additional time to prepare the response to the motion to dismiss.  Defendant's counsel is scheduled to begin a 2-week jury trial on August 11 that will require preparation during the window currently scheduled for Defendant's reply.

3.     This is Plaintiff's first request for an extension in this matter.  Defendant previously sought and received a 30-day extension of time to file a response to Plaintiff's Complaint.  *See* ECF No. 8.

4.     Granting the requested extensions will not impact any other deadlines currently scheduled in this case and would serve the interests of justice.

5.     Accordingly, with Defendant's consent, Plaintiff respectfully requests that the deadline to file an opposition to Defendant's Motion to Dismiss be extended through and including August 20, 2025, and that Defendant's deadline to file a reply be extended through and including September 7, 2025.  A proposed order is attached.

Dated: July 21, 2025

Respectfully Submitted,

*/s/  Grayson Clary*
Grayson Clary
D.C. Bar No. 1735810
Adam A. Marshall
D.C. Bar No. 1029423
Allyson Veile
D.C. Bar No. 1766038
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9303

*Counsel for Plaintiff Jason Leopold*