UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

        Plaintiff,

    v.

MICHAEL G. SULLIVAN,
Chief, U.S. Capitol Police,

        Defendant.

Civil Action No. 25-1026 (BAH)

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure ("Rule") 16(b)(4) and ¶ 8 of the Standing Order (ECF No. 4), Defendant Michael G. Sullivan, in his official capacity as Chief of the U.S. Capitol Police, and Plaintiff Jason Leopold, by and through counsel, respectfully move to modify the scheduling order, as outlined below.

1.      By Minute Order on April 1, 2026, the Court ordered a schedule for answering the Complaint, filing a *Vaughn* Index, and briefing summary judgment.

2.      On April 23, 2026, Defendant filed an Answer to the Complaint.  ECF No. 18.

3.      On May 26, 2026, Defendant filed a Notice of Submission of *Vaughn* Index to Plaintiff.  ECF No. 19.

4.      Plaintiff objected to the sufficiency of Defendant's *Vaughn* Index.  The parties have conferred regarding these objections, and Defendant has agreed to produce a revised *Vaughn* Index to Plaintiff on June 23, 2026.

5.      On June 2, 2026, undersigned counsel for Defendant returned from extended parental leave beginning on March 6, 2026.

6.    The parties move to extend each deadline in the briefing schedule as outlined below:

| Event | Original deadline | New deadline |
|---|---|---|
| Defendant Motion For Summary Judgment | June 25, 2026 | August 24, 2026 |
| Plaintiff Response To Defendant's Motion And Any Cross-Motion | July 16, 2026 | October 23, 2026 |
| Defendant Opposition To Any Cross-Motion And Any Reply In Support Of Defendant's Motion | August 6, 2026 | November 13, 2026 |
| Plaintiff Reply In Support Of Any Cross-Motion | August 20, 2026 | November 27, 2026 |

7.    Good cause exists to grant this motion.  Undersigned counsel for Defendant recently returned from extended leave, approximately two weeks ago, and is working to regain familiarity with a substantial caseload.  Counsel also has pre-scheduled leave during the first week of August.  The additional time is therefore needed to confer with agency counsel and prepare a complete and concise motion for summary judgment.  The parties' proposed deadline for Plaintiff's response and any cross-motion accounts for undersigned counsel for Plaintiff's upcoming parental leave.  The remaining deadlines preserve the intervals in the original briefing schedule.

8.    This is the first request to modify the briefing schedule.

9.    Granting this motion will not impact any other deadlines in the case.

10.    Accordingly, the parties respectfully request that the Court modify the briefing schedule as proposed.  A proposed order is enclosed.

*        *        *

2

Dated: June 18, 2026
      Washington, DC

/s/ Grayson Clary
Grayson Clary
D.C. Bar No. 1735810
Adam A. Marshall
D.C. Bar No. 1029423
Allyson Veile
D.C. Bar No. 1766038
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, DC 20005
Phone: 202.795.9303
Facsimile: 202.795.9310

*Counsel for Plaintiff Jason Leopold*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____ */s/ David S. Bettwy* _____
    DAVID S. BETTWY, D.C. Bar #155148
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2410
    David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

3