UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

Plaintiff,

v.

MICHAEL G. SULLIVAN,
Chief, U.S. Capitol Police,

Defendant.

Civil Action No. 25-1026 (BAH)

**UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure ("Rule") 16(b)(4) and ¶ 8 of the Standing Order (ECF No. 4), Defendant Michael G. Sullivan, in his official capacity as Chief of the U.S. Capitol Police, by and through counsel, respectfully moves to modify the scheduling order, as outlined below. Plaintiff does not oppose the relief requested herein.

1. By Minute Order on June 23, 2026, the Court granted the parties' Joint Motion to Modify Scheduling Order, ECF No. 20.

2. Defendant hereby moves to extend all deadlines in the scheduling order by ten (10) days, as outlined below:

| | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Defendant's motion for summary judgment | August 24, 2026 | September 3, 2026 |
| Plaintiff's response to defendant's motion and any cross-motion | October 23, 2026 | November 2, 2026 |
| Defendant's opposition to any cross-motion by plaintiff | November 13, 2026 | November 23, 2026 |
| Plaintiff's reply in support of any cross-motion by plaintiff | November 27, 2026 | December 7, 2026 |

3. Good cause exists for the requested ten-day extension. In the two weeks preceding the current summary-judgment deadline, undersigned counsel was required to devote substantial time to preparing and filing multiple dispositive motions in other matters, in addition to addressing pressing case developments that demanded immediate attention.[1] Despite diligent efforts, these combined obligations made it unfeasible to complete the summary-judgment motion by the existing deadline. The requested extension is unopposed, limited, and will allow counsel to finalize the motion without prejudicing any party and with minimal delay.

4. Defendants acknowledge that the Court requires that motions for extensions be filed four days prior to the deadline, Standing Order ¶ 8(b) (ECF No. 4), and that this request is made only three days in advance of the August 24, 2026, filing deadline. Undersigned counsel did not determine that the extension was necessary until August 20, 2026, after which undersigned immediately conferred with Plaintiff's counsel. Counsel appreciates the important role the Court's four-day rule plays in the management of its docket and regrets any inconvenience caused by filing within four days of the deadline.

5. This is the second request to modify the briefing schedule. The first was a joint request that this Court granted.

6. Granting this motion will not impact any other deadlines in the case.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, who indicated that Plaintiff does not oppose the proposed modifications to the scheduling order.

* * *

[1] Particularly in *Santos v. Collins*, Civ. A. No. 24-1759 (JDB) (D.D.C.).

WHEREFORE, Defendant respectfully requests that the Court modify the briefing schedule as proposed. A proposed order is enclosed.

Dated: August 21, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s\/ David S. Bettwy*

DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Motion to Modify the Briefing Schedule and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that 1) By September 3, 2026, defendant shall file any motion for summary judgment; 2) By November 2, 2026, plaintiff shall file, in a consolidated brief, any response to defendant's motion and any cross-motion; 3) By November 23, 2026, defendant shall file, in a consolidated brief, any opposition to any cross-motion filed by plaintiff and any reply in support of defendant's own motion; and 4) By December 7, 2026, plaintiff shall file any reply in support of any cross-motion filed by plaintiff.

SO ORDERED, this ________ day of _____, 2026.

BERYL A. HOWELL
United States District Judge