UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rules of Civil Procedure ("Rule") 6(b)(1)(A) and 16(b)(4) and ¶ 8 of the Standing Order (ECF No. 4), Defendant Michael G. Sullivan, in his official capacity as Chief of the U.S. Capitol Police, by and through counsel, respectfully requests a seven-day extension of the deadline to file Defendant's motion for summary judgment, to September 10, 2026. Plaintiff opposes this request.

1. By Minute Order on August 21, 2026, the Court granted Defendant's unopposed motion to modify the scheduling order, ECF No. 21.

2. Defendant hereby moves to extend the deadline to file its motion for summary judgement without changing remaining deadlines:

| | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Defendant's motion for summary judgment | September 3, 2026 | September 10, 2026 |
| Plaintiff's response to defendant's motion and any cross-motion | November 2, 2026 | No change |
| Defendant's opposition to any cross-motion by plaintiff | November 23, 2026 | No change |

| | | |
|---|---|---|
| Plaintiff's reply in support of any cross-motion by plaintiff | December 7, 2026 | No change |

3. Good cause exists for the requested seven-day extension. Immediately following the Court's August 21, 2026 Minute Order, undersigned counsel was assigned to an emergency matter, *Saveh v. Trump et al.*, Civ. A. No. 26-1910 (D.D.C.), involving a motion for temporary restraining order. That case required expedited briefing (the defendants' opposition filed August 28, 2026) and a hearing set for September 3, 2026—the current deadline for Defendant's summary judgment motion here. The TRO hearing preparation and briefing have prevented undersigned counsel from working on the summary judgment motion since August 22. A brief seven-day extension will permit counsel to complete the brief and internal and agency review.

4. This is Defendant's third request to extend the opening brief deadline; the Court previously granted a joint motion (ECF No. 20) and, later, Defendant's unopposed motion (ECF No. 21). The proposed extension is brief and should not prejudice Plaintiff. It would not extend the overall briefing schedule; in opposing the extension, Plaintiff requested that Defendant keep the remaining dates in place in its extension request, which Defendant has done.

5. Defendant also acknowledges that the Court requires that motions for extensions be filed four days prior to the deadline, Standing Order ¶ 8(b) (ECF No. 4), and that this request is made only three days in advance of the September 3, 2026, filing deadline. Undersigned counsel did not determine that the extension was necessary until August 30, 2026, after which undersigned immediately conferred with Plaintiff's counsel. Counsel appreciates the important role the Court's four-day rule plays in the management of its docket and regrets any inconvenience caused by filing within four days of the deadline.

6. Granting this motion will not impact any other deadlines in the case.

7. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, who indicated that Plaintiff opposes the proposed extension and requested that Defendant keep all other deadlines in place.

WHEREFORE, Defendant respectfully requests that the Court permit Defendant to file its motion for summary judgment on or before September 10, 2026, and keep remaining briefing deadlines in place. A proposed order is enclosed.

Dated: August 31, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ David S. Bettwy*
DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that 1) By September 10, 2026, defendant shall file any motion for summary judgment; 2) By November 2, 2026, plaintiff shall file, in a consolidated brief, any response to defendant's motion and any cross-motion; 3) By November 23, 2026, defendant shall file, in a consolidated brief, any opposition to any cross-motion filed by plaintiff and any reply in support of defendant's own motion; and 4) By December 7, 2026, plaintiff shall file any reply in support of any cross-motion filed by plaintiff.

SO ORDERED, this ________ day of ______, 2026.

______________________________
BERYL A. HOWELL
United States District Judge