UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 16(b)(4) and Standing Order (ECF No. 4) ¶ 8, Defendant Michael G. Sullivan, in his official capacity as Chief of the U.S. Capitol Police, by and through counsel, respectfully requests a seven-day extension of the deadline to file Defendant's motion for summary judgment, to September 17, 2026. Plaintiff takes no position on this request.

1. By Minute Order on September 2, 2026, the Court granted Defendant's motion for extension of time, ECF No. 23.

2. Defendant hereby moves to extend the deadline to file its motion for summary judgment and modify the schedule as follows:

| | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Defendant's motion for summary judgment | September 10, 2026 | September 17, 2026 |
| Plaintiff's response to defendant's motion and any cross-motion | November 2, 2026 | November 9, 2026 |
| Defendant's opposition to any cross-motion by plaintiff | November 23, 2026 | November 25, 2026 |
| Plaintiff's reply in support of any cross-motion by plaintiff | December 7, 2026 | December 9, 2026 |

3. Good cause exists for the requested seven-day extension and modest schedule adjustment. In the same emergency matter referenced in Defendant's prior extension motion (ECF No. 23), *Saveh v. Trump et al.*, Civ. A. No. 26-1910 (D.D.C.), on September 3, 2026, the court ordered supplemental preliminary injunction briefing and a status report, both due September 10, 2026—the current deadline for Defendant's summary judgment motion. Legal and factual developments in that matter have been evolving daily, requiring continuous coordination among AUSAs in multiple districts and Department of State attorneys, and the intervening Labor Day weekend further constrained available time. Despite diligent efforts, attention to that matter on top of existing deadlines in several other matters has prevented the undersigned from completing the motion in this case. Undersigned counsel needs additional time to finalize the motion, including revisions to the agency declaration and *Vaughn* Index, and to complete internal review, which is delayed this week due to undersigned's supervisor taking leave. The short extension will ensure the Court receives a complete, accurate brief and supporting agency declaration and *Vaughn* Index.

4. The requested one-week extension and corresponding adjustments to the schedule will not prejudice Plaintiff. Plaintiff retains precisely the same time intervals to prepare a combined opposition and cross-motion (about eight weeks) and a reply (two weeks), respectively, and the overall briefing timeline is extended by only two days.

5. This is Defendant's fourth request to extend the opening brief deadline. The Court previously granted a joint motion (ECF No. 20) and Defendant's unopposed motion (ECF No. 21). Defendant's third request (ECF No. 23) was contested but treated as conceded per Standing Order ¶ 8(c). *See* Sept. 2, 2026 Minute Order.

6. Defendant acknowledges that the Court requires that motions for extensions be filed four days prior to the deadline, Standing Order ¶ 8(b) (ECF No. 4), and that this request is made only two days in advance of the September 10, 2026 filing deadline. Undersigned counsel believed after the September 3 Order in *Saveh v. Trump* that Defendant's motion could still be completed by September 10 and did not determine that an extension was necessary until Labor Day weekend. Counsel therefore did not complete LCvR 7(m) conferral until Tuesday, September 8, 2026. Counsel appreciates the important role the Court's four-day rule plays in the management of its docket and respectfully requests that the Court accept this motion notwithstanding ¶ 8(b).

7. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, who indicated that Plaintiff takes no position on the relief requested herein.

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant's motion for summary judgment to September 17, 2026 and adjust the remaining briefing deadlines as outlined above. A proposed order is submitted herewith.

Dated: September 8, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

JOHN BARDO
Deputy Chief, Civil Division

By: */s/ David S. Bettwy*

DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that (1) By September 17, 2026, defendant shall file any motion for summary judgment; (2) By November 9, 2026, plaintiff shall file, in a consolidated brief, any response to defendant's motion and any cross-motion; (3) By November 25, 2026, defendant shall file, in a consolidated brief, any opposition to any cross-motion filed by plaintiff and any reply in support of defendant's own motion; and (4) By December 9, 2026, plaintiff shall file any reply in support of any cross-motion filed by plaintiff.

SO ORDERED, this _______ day of _____, 2026.

BERYL A. HOWELL
United States District Judge