UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD,

Plaintiff,

v.

MICHAEL G. SULLIVAN,
Chief, U.S. Capitol Police,

Defendant.

Civil Action No. 25-1026 (BAH)

**CONSENT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Standing Order (ECF No. 4) ¶ 8, Defendant Michael G. Sullivan, in his official capacity as Chief of the U.S. Capitol Police, by and through counsel, respectfully requests a one-day extension of the deadline to file Defendant's motion for summary judgment, to September 18, 2026. Plaintiff consents to this request.

1. By Minute Order on September 9, 2026, the Court granted Defendant's motion for extension of time, ECF No. 24.

2. Defendant hereby moves to further extend the deadline to file its motion for summary judgment by one day, without changing any remaining deadlines:

| | **Current deadline** | **Proposed deadline** |
|---|---|---|
| Defendant's motion for summary judgment | September 17, 2026 | September 18, 2026 |
| Plaintiff's response to defendant's motion and any cross-motion | November 9, 2026 | No change |
| Defendant's opposition to any cross-motion by plaintiff | November 25, 2026 | No change |
| Plaintiff's reply in support of any cross-motion by plaintiff | December 9, 2026 | No change |

3. Good cause exists for the requested one-day extension. While finalizing Defendant's summary judgment motion, undersigned counsel determined that certain revisions were required to the agency declaration. Addressing those revisions required additional, last-minute conferrals with the agency and further internal review. Those steps could not be completed by the current deadline despite diligent efforts. A one-day extension will ensure the Court receives a complete and accurate motion and supporting declaration. The requested extension will not prejudice Plaintiff, whose briefing deadlines remain intact.

4. This is Defendant's fifth request to extend the opening brief deadline. The Court previously granted a joint motion (ECF No. 20) and Defendant's unopposed motion (ECF No. 21). Defendant's third and fourth requests (ECF Nos. 23-24) were treated as conceded per Standing Order ¶ 8(c).

5. Defendant acknowledges that the Court requires that motions for extensions be filed four days prior to the deadline, Standing Order ¶ 8(b) (ECF No. 4), and that this request is made on the September 17, 2026 filing deadline. Undersigned did not determine that an extension was necessary until 3:00 p.m. ET on September 17. Counsel appreciates the important role the Court's four-day rule plays in the management of its docket and respectfully requests that the Court accept this motion notwithstanding ¶ 8(b).

6. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with Plaintiff's counsel, who indicated that Plaintiff consents to the relief requested herein provided that all other briefing deadlines remain in place.

* * *

WHEREFORE, Defendant respectfully requests that the Court extend the deadline for Defendant's motion for summary judgment to September 18, 2026. A proposed order is submitted herewith.

Dated: September 18, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *\/s/ David S. Bettwy*

DAVID S. BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2410
David.Bettwy@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL G. SULLIVAN,<br>Chief, U.S. Capitol Police,<br><br>Defendant. | Civil Action No. 25-1026 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's motion for extension of time, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that (1) By September 18, 2026, defendant shall file any motion for summary judgment; (2) By November 9, 2026, plaintiff shall file, in a consolidated brief, any response to defendant's motion and any cross-motion; (3) By November 25, 2026, defendant shall file, in a consolidated brief, any opposition to any cross-motion filed by plaintiff and any reply in support of defendant's own motion; and (4) By December 9, 2026, plaintiff shall file any reply in support of any cross-motion filed by plaintiff.

SO ORDERED, this ________ day of _____, 2026.

BERYL A. HOWELL
United States District Judge