# DIRECTIVES INDEX

## Directives Not Designated as Security Information under 2 U.S.C. § 1979

| Number | Name | Brief description (col C) | Categories | Potential disclosure harm (col E) |
|---|---|---|---|---|
| 1000.001 | USCP Personnel-Led Tours of the Capitol | Describes the conditions by which USCP personnel may lead tours of the US Capitol. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal the personnel responsible for approving after-hours access to the Capitol Complex and the location of after-hours access cards for locations in the United States Capitol |
| 1010.004 | Providing Police Services to the Thurgood Marshall Federal Judiciary Building (TMFJB) | Describes the USCP's role in providing police services to the Thurgood Marshall Federal Judiciary Building (TMFJB) | Law Enforcement Techniques | Disclosure would reveal the conditions under which the Department will take police action in the Thurgood Marshall Building, including the circumstances by which the Department's Hazardous Incident Response Division will respond to the location. |
| 1020.001 | Bias-Based Profiling | Describes the Department's procedures for responding to and preventing bias-based profiling. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal the methods by which the Department identifies potential bias amongst sworn employees and risk circumvention by criminal actors seeking to exploit those methods. |
| 1020.002 | Handling Juveniles | Describes the Department's procedures for police interactions with juveniles. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal the Department's system for processing and handling juvenile arrestees, including violent offenders. |
| 1020.006 | District of Columbia Conditions of Release Enforcement (CORE) Program | Describes procedures for ensuring that individuals released from confinement are adhering to release conditions as they relate to Capitol Grounds. | Law Enforcement Techniques | Disclosure would reveal information related to release conditions, including potential stay away orders, and risk circumvention of release conditions by offenders. |
| 1020.007 | Emergency Hospitalization of Mentally Ill Persons | Describes the Department's procedures for initiating emergency hospitalization of individuals with mental illness. | Law Enforcement Techniques | Disclosure would reveal the Department's process for identifying mentally ill individuals and allow individuals to circumvent this process. |
| 1020.009 | Handling Interactions with Transgender Individuals | Describes the Department's procedures for handling interactions with transgender individuals. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal law enforcement techniques for administrative searching and processing of arrested transgender individuals. |
| 1020.01 | Communicating With the Deaf/Hard of Hearing during Arrest, Stops, and Contacts | Describes the Department's procedures for handling interactions with people who are deaf or hard of hearing. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal law enforcement techniques for day-to-day interactions with and processing of arrested deaf individuals. |

| Number | Name | Brief description (col C) | Categories | Potential disclosure harm (col E) |
|---|---|---|---|---|
| 1020.012 | Use of Long-Range Acoustical Device (LRAD) | Describes the use and safety precautions in using the Long Range Acoustical Device. | Law Enforcement Techniques, Internal Personnel Practices | Disclosure would reveal the conditions and personnel who operate crowd control equipment, which would allow the public to circumvent crowd control measures. |
| 1021.001 | Search of Persons | Describes the Department's procedures for conducting searches of persons. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal the methods used by the Department to conduct searches both administratively and of arrestees, which would allow individuals to conceal weapons on their person. |
| 1021.005 | Citation Release Processing | Describes the Department's citation release processing procedures. | Administrative Practices | Disclosure would reveal the conditions by which the Department uses citation release and describes the individuals responsible for administering Department systems related to citation release processing. |
| 1021.006 | Delays in Processing Arrestees | Describes procedures for officers to follow in the event there is a delay in processing arrested individuals. | Administrative Practices | Disclosure would reveal the personnel responsible for completing the processing of arrestees in the event of a delay, which could subject them to interference or harassment in their duties. |
| 1022.001 | Traffic Enforcement | Describes the Department's policies for conducting traffic enforcement within its jurisdiction. | Law Enforcement Techniques | Disclosure would reveal the conditions by which the Department would conduct traffic enforcement within its jurisdiction, which risks circumvention of traffic laws. |
| 1023.004 | Arraignment of Arrestees | Describes the process of arraigning arrestees. | Administrative Practices | Disclosure would reveal the timeframes required to arraign arrestees and the personnel responsible for bringing arrestees to arraignment, which risks interfering with the Department's ability to bring arrestees to court. |
| 1032.001 | Conducting Preliminary Investigations | Describes the basic initial fact gathering performed by officers at crime scenes | Law Enforcement Techniques | Disclosure would reveal the techniques Department and the personnel used to process and gather information at crime scenes, which risks circumvention of this law enforcement process. |
| 1041.002 | Confiscation of Ammunition. Self-Defense Spray, or Stun Gun | Describes Department policies for confiscating ammunition, self defense sprays, and stun guns. | Law Enforcement Techniques | Disclosure would reveal the conditions under which the Department will take police action with respect to ammunition, self-defense sprays, and stun guns which risks circumvention of this policy and could result in these items entering into secure areas of the Capitol Complex. |

| Number | Name | Brief description (col C) | Categories | Potential disclosure harm (col E) |
|---|---|---|---|---|
| 1060.001 | Cell Phone Recovery | Describes Department procedures for handling cellular telephones as evidence. | Law Enforcement Techniques | Disclosure would reveal the law enforcement techniques and personnel involved in searching cellular phones, which risks circumvention of this policy and destruction of evidence. |
| 1062.001 | Crime Scenes and Evidence | Describes the procedures for processing evidence and crime scenes. | Law Enforcement Techniques | Disclosure would reveal the law enforcement techniques and personnel involved in processing evidence and crime scenes, risking interference with these personnel and circumvention of criminal procedures. |
| 1073.001 | Protective Body Armor | Describes the care, maintenance, and use of body armor issues to employees. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal the nature and use of protective equipment issued to USCP personnel, subjecting them to hazards from individuals seeking to harm Department personnel. |
| 1080.001 | Media Policy | Describes the policies and procedures for employees to discuss work related matters with the media. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal the personnel responsible for providing information to the public and the process by which information is approved for release, which could subject decision makers to harassment and interference. |
| 2000.001 | Organizational and Management Structure of the USCP | Describes the organization and management structure of the Department. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal specific personnel and their roles in the Department, subjecting them to harassment or interference with their duties. |
| 2023.002 | Coordination with MPDC Regarding Reports | Describes the process of coordinating reports entered into the DC Metropolitan Police's reports database. | Administrative Practices | Disclosure would reveal personnel with access to law enforcement databases and the methods by which those databases are managed, risking interference with those databases. |
| 2023.003 | Security and Release of Police Reports | Describes the process for releasing police reports and safeguarding information contained in the reports. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal personnel with access to law enforcement databases and the methods by which those databases are managed and accessed, risking interference with those databases. |
| 2031.001 | Roles, Authority, and Responsibilities of the Office of Inspector General (OIG) | Describes the responsibilities and duties of the Office of Inspector General. | Administrative Practices | Disclosure would reveal personnel within the Office of Inspector General and their responsibilities, which could subject them to harassment and interference with their duties. |

| Number | Name | Brief description (col C) | Categories | Potential disclosure harm (col E) |
|---|---|---|---|---|
| 2033.001 | Complaint Process | Describes the process for submitting and responding to complaints at the Department's Office of Professional Responsibility. | Internal Personnel Practices | Disclosure would reveal specific personnel with responsibilities for investigating complaints within the Department's Office of Professional Responsibility, which could subject those people to harassment and interference. |
| 2043.001 | Ethics Policy | Describes the Department's ethics policies in conjunction with the House Ethics Rules. | Internal Personnel Practices | Disclosure would reveal specific personnel tasked with evaluating and resolving conflicts of interest among Department employees and risk interference with those duties. |
| 2052.006 | Notification and Reporting for Duty during Emergency Situations | Describes the Department's policy on which employees report during emergency situations. | Internal Personnel Practices | Disclosure would reveal the conditions by which personnel are recalled for duty during emergencies and the individuals responsible for making the decisions and notifications, risking interference with emergency response. |
| 2052.012 | Police Training Officer Program | Describes the Police Officer Training program for new officers. | Internal Personnel Practices | Disclosure would reveal the techniques and practices involved in the field training of new officers, including the specific responsibilities of various Department employees, which could allow an outside actor to interfere with the training of new officers. |
| 2053.002 | Grievance Procedures | Describes the Department's internal grievance procedure for employees. | Internal Personnel Practices | Disclosure would reveal the specific individuals responsible for responding to internal Department grievances, which could subject those decision makers to undue influence or interference. |
| 2053.011 | Anti-Discrimination and Anti-Harassment Policy | Describes the Department's policy on detecting and preventing harassment and discrimination. | Internal Personnel Practices | Disclosure would reveal the Department's methods and techniques for identifying and correcting harassment and discrimination amongst employees, including specific responsibilities for members of the Department, which could risk circumvention of the Department's ability to prevent discrimination. |
| 2053.013 | Rules of Conduct | Describes the employee code of conduct. | Internal Personnel Practices | This directive was disclosed to Plaintiff through a discretionary release. |
| 2053.019 | Employee Use of Electronic Social Media | Describes the limits on employee use of social media. | Internal Personnel Practices | Disclosure would reveal conduct prohibited for Department employees, which could subject Department employees to extortion or interference if revealed to the public. |

| Number | Name | Brief description (col C) | Categories | Potential disclosure harm (col E) |
|---|---|---|---|---|
| 2064.001 | Rayburn House Office Building Range | Describes the use of the USCP's shooting range in the Rayburn House Office Building. | Law Enforcement Techniques, Administrative Practices | Disclosure would reveal safety information and individual responsibilities of employees at the USCP's shooting range located on Capitol Grounds, which could threaten the Department's ability to safeguard the range. |
| 2071.001 | Budget Object Classification Codes | Describes the coding requirements for purchases on the USCP's purchasing system. | Administrative Practices | Disclosure would reveal the specific individuals responsible for operating and maintaining the Department's purchasing software, which could subject the system to abuse. |
| 2074.003 | Purchase Card Program | Describes the USCP's use of the government purchase card system. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal the procedures for using government purchase cards, which could subject the system to abuse by outside actors. |
| 2081.001 | Acceptable Use of the Internet, Email. and Information Technology Equipment | Describes the acceptable use of the Department's information technology by users. | Internal Personnel Practices, Administrative Practices | Disclosure would reveal security practices and individuals responsible for maintaining the Department's information technology systems, which could subject the systems to abuse by outside parties. |

Directives Designated as Security Information under 2 U.S.C. § 1979

| Number | Directive Name | Brief Description (col C) |
|---|---|---|
| 1010.001 | Police Authority Shared with Other Law Enforcement Organizations | Describes the police authority shared by other law enforcement agencies within the USCP's jurisdiction. |
| 1010.002 | Jurisdiction and Authority | Describes the Department's procedures and activities within the bounds of its jurisdiction. |
| 1010.003 | Criminal History Requests from Congressional Employers | Describes the Department's procedures for conducting background checks on behalf of congressional offices. |
| 1012.001 | Demonstration Activities, Application, Interpretation, and Enforcement | Describes the Department's response to demonstration activity on Capitol Grounds. |
| 1020.003 | Use of Handcuffs/Restraints | Describes when and how to use handcuffs or other physical restraints. |
| 1020.004 | Use of Force | Describes the Department's use of force policy. |
| 1020.005 | Contact and Processing Individuals with Unique Circumstances (Diplomats. Military Personnel, Members, etc.) | Describes the Department's policy on screening and handling visitors to the Capitol Complex in unique circumstances. |
| 1020.011 | Electronic Control Devices (ECD) | Describes the Department's policy on using electronic control devices (tasers). |
| 1021.004 | Executing Arrest and Search Warrants | Describes the Department's procedures for obtaining and executing search warrants. |
| 1022.005 | Suspicious Activity and Stop or Contact Report | Describes the Department's procedures for documenting interactions with suspicious individuals. |
| 1022.006 | Truck/Unauthorized Vehicle Interdiction Monitoring Program and Truck/Unauthorized Vehicle Interdiction Program | Describes the Department's procedures for keeping heavy and restricted vehicles away from the Capitol Complex. |
| 1030.001 | Securing the Capitol Complex During Active Threats | Describes the Department's procedures for securing the Capitol Complex in various emergencies. |
| 1031.001 | Congressional Pages | Describes Department security procedures for House and Senate page staffers. |
| 1032.002 | Interception or Recording of Wire or Oral Communications | Describes the Department's procedures for conducting electronic surveillance. |
| 1033.001 | Information Exchange with Other Police Agencies | Describes the Department's procedures for sharing information with other police departments. |
| 1040.001 | Lost, Stolen. Confiscated, or Recovered Congressional ID Cards and USCP-Issued ID Cards | Describes the Department's process for dealing with lost, stolen, confiscated, or recovered building access and identification cards. |
| 1040.002 | Security Screening | Describes the Department's process for screening visitors to the Capitol Buildings. |

| Number | Directive Name | Brief Description (col C) |
|---|---|---|
| 1040.003 | Access and Event Reports | Describes the Department's process for monitoring, tracking, and controlling access to designated areas in the Capitol Complex. |
| 1040.004 | Access Control Clearance Management | Describes the process to issue access control to congressional staff identification cards. |
| 1040.005 | Vehicle Screening at Perimeter and Garage Posts | Describes the security screening process for vehicles entering into barricades and garages. |
| 1041.001 | Admittance of Law Enforcement Officers/Agents with Firearms into the Capitol Buildings | Describes the process of allowing credentialed law enforcement officers into Capitol Buildings. |
| 1050.001 | Radio Communications System | Describes the use and maintenance of the Department's radio system. |
| 1052.003 | Incident Command System | Describes the Department's use of the incident Command System during significant events. |
| 1052.004 | Response Tactics to an Active Shooter Situation | Describes the Department's response procedures to an active shooter. |
| 1052.005 | Air Threat Response Plan | Describes the Department's response procedures to a suspicious aircraft that may threaten the Capitol Complex. |
| 1053.001 | Vehicular Response | Describes the Department's policy on responding to incidents by vehicle. |
| 1053.002 | Vehicular Pursuits | Describes the Department's policy on pursuing vehicles. |
| 1054.001 | Building Evacuations | Describes the process of evacuating congressional buildings. |
| 1056.001 | Utilization of the Hazardous Devices Section | Describes the circumstances in which the Department's bomb squad would be activated. |
| 1056.002 | Response, Command, and Control of a 10-100 NBC or Hazardous Materials Incident | Describes the procedures for responding to suspicious packages that may contain nuclear, biological, chemical or other hazardous materials. |
| 1056.003 | Responding to a Suicide Bomber: 10-100 S (Sam) | Describes the procedures for responding to a suicide bomber. |
| 1056.004 | Advanced Law Enforcement Response Team (ALERT) | Describes the training and procedures for use of officers trained on responding to CBRN incidents on Capitol Grounds. |
| 1057.001 | Utilization of the Containment and Emergency Response Team (CERT) | Describes when and how the Department's SWAT team will be used. |
| 1073.003 | Flying Aboard Aircraft While Armed | Describes the Department's process for certifying officers to carry firearms aboard aircraft. |
| 2011.002 | Handling Classified and Other Sensitive But Unclassified Information | Describes the Department's polices for handling classified and other sensitive information |

| Number | Directive Name | Brief Description (col C) |
|---|---|---|
| 2022.001 | Privacy Policy for Safeguarding Sensitive Personally Identifiable Information and Sensitive Health Information | Describes the Department's procedures for safeguarding Personally Identifiable Information and Health Information |
| 2052.010. | Identification Cards, Credentials, and Badges | Describes the creation and issuance of identification cards and credentials for USCP employees. |
| 2052.011 | Staffing of Posts During Inclement Weather | Describes the security posture and staffing of posts during inclement weather. |
| 2052.015 | Office of Inspector General Credentials and Badges | Describes the process for issuing credentials and badges to Office of Inspector General personnel. |
| 2061.001 | Recruit Officer Entry-Level Training Program | Describes the training program for recruit officers at the USCP's police academy. |
| 2075.001 | Momentum Security Policy | Describes the security procedures associated with USCP procurement and payment software |
| 2080.003 | Segregation of Duties | Describes Department safeguards to mitigate and prevent security breaches of Department IT systems |
| 2081.002 | Security of Information Generated by Criminal Justice Telecommunications Systems | Describes the Department's procedures for safeguarding information generated by the Criminal Justice Telecommunications System |
| 2081.003 | Office of Information Systems Password Policy | Describes the Department's user account password requirements. |
| 2081.004 | USCP Internet and Intranet Sites | Describes the use, maintenance, and creation of USCP web sites internally and externally. |
| 2081.005 | Use of USB Data Storage Devices | Describes the Department's policies on using USB devices in Department computers. |
| 2081.006 | Computer Security Incident Response | Describes the Department's response to potential data breaches or other information security incidents |
| 2081.007 | Account Management | Describes the USCP's policy on user accounts for information systems. |
| 2081.008 | Patch Management | Describes the USCP's policy on updating and maintaining software updates on its information systems. |
| 2081.010. | Risk Management | Describes the process for developing, implementing, and maintaining an agency risk management program that ensures the implementation of appropriate security measures to protect USCP information systems and data. |
| 2081.011 | Information Security Continuous Monitoring | Describes the USCP's policy on monitoring employee computer use. |
| 2081.012 | Mobile and Wireless Device Security | Describes the Department's strategy to secure mobile devices such as cell phones |
| 2081.013 | Antivirus and Malware Protection | Describes the Department's use and deployment of anti-virus and malware protections |

| Number | Directive Name | Brief Description (col C) |
|---|---|---|
| 2082.001 | Telecommunications | Describes the Department’s use and deployment of telecommunications equipment and services |
| 2083.001 | Enterprise Architecture and Planning | Describes the Office of Information Services’ approach to planning and implementing enterprise wide systems |
| 2083.002 | Configuration Management | Describes the Office of Information Services approach to Configuration Management such as network engineering |
| 2083.003 | Change Management | Describes the Office of Information Services approach to Change Management such as technology upgrades or disruptions to IT systems |
| 2083.004 | Information Systems Auditing and Monitoring | Describes the procedures to audit and monitor use of Department information systems by the Department’s Office of Information Systems |
| 2084.001 | Use and Operation of Mobile Data Computers | Describes the use and security of Mobile Data Computers, which access WALES/NCIC and other police information |
| 2092.002 | Respiratory Protection Program | Describes the care, selection, and use of respiratory protection in response to airborne hazards |
| 2092.003 | Self-Contained Breathing Apparatus Inspection and Maintenance | Describes the care and use of SCBA devices |
| 2092.004 | Blood-Borne Pathogen Exposure Control Plan | Describes the measures taken by USCP to respond to an incident involving blood or other potentially infectious materials. |
| 2093.001 | Property and Asset Management | Describes the Department’s inventory management procedures and property accountability |
| 2093.002 | Maximo Security Policy | Describes the security measures taken to secure the USCP’s inventory management system |